Order issued December _18_ , 2012

005307



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01576-CV

---

**JUDITH KAREN BESHEARS, Appellant**

**V.**

**DONALD BESHEARS, Appellee**

---

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-52873-98**

---

## ORDER

We **GRANT** appellant's November 29, 2012 motion for an extension of time to file an affidavit of indigence. The affidavit of indigence filed with the trial court on November 29, 2012 is deemed timely filed.

DOUGLAS S. LANG
JUSTICE